AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Middle District of Pennsylvania

FILED
WILLIAMSPORT
FEB 03 2022
PER _CAW_
DEPUTY CLERK

| | |
|---|---|
| United States of America<br>v.<br>Ronald Hertzog<br><br>*Defendant(s)* | Case No. 4:22-mj-00008 |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of __February 2, 2022__ in the county of __Centre__ in the __Middle__ District of __Pennsylvania__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. 922(g)(1) | Possession of firearms and ammunition by a convicted felon |

This criminal complaint is based on these facts:

See Affidavit of Probable Cause in Support of Complaint and Arrest Warrant

☑ Continued on the attached sheet.

_s/ Christopher Dukes_
Complainant's signature

Specila Agent Christopher Dukes, HSI
Printed name and title

Sworn to before me and signed in my presence.

Date: 02/03/21

_[signature]_
Judge's signature

City and state: Williamsport, Pennsylvania

William I. Arbuckle, U.S. Magistrate Judge
Printed name and title