UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA  :  CRIM. NO.

v.  **4 : CR 22 054**

RONALD HERTZOG,  :  JUDGE BRANN

Defendant.  :

## INDICTMENT

**THE GRAND JURY CHARGES:**

FILED
WILLIAMSPORT
FEB 10 2022
PER_____
DEPUTY CLERK

### COUNT 1
18 U.S.C. § 922(g)(1)
(Possession of Firearms and
Ammunition by a Convicted Felon)

On or about February 3, 2022, in Centre County, within the

Middle District of Pennsylvania, the defendant,

**RONALD HERTZOG,**

knowing he had previously been convicted of a crime punishable by a

term of imprisonment exceeding one year, did knowingly possess

firearms and ammunition, that is, 125 rounds of 9 millimeter caliber,

145 rounds of 5.56 caliber, two (2) .50 caliber rounds, ten (10) 20 gauge

shotgun shells, 214 rounds of .45 caliber, and two (2) rifle lower

receivers, said firearms and ammunition manufactured outside of the

Commonwealth of Pennsylvania, and therefore had been shipped and transported in interstate and foreign commerce.

In violation of Title 18, United States Code, Section 922(g)(1).

## THE GRAND JURY ALLEGES:

### FORFEITURE ALLEGATION

The allegations contained in Count One of this Indictment are hereby realleged and incorporated by reference for the purpose of alleging forfeiture pursuant to Title 18, United States Code, Section 924(d), and Title 28, United States Code, Section 2461(c).

Pursuant to Title 18, United States Code, Section 924(d), and Title 28, United States Code, Section 2461(c), upon conviction of the offense in violation of Title 18, United States Code, Section 922(g)(1), the defendant,

### RONALD HERTZOG,

shall forfeit to the United States of America, pursuant to Title 18, United States Code, Section 924(d), and Title 28, United States Code, Section 2461(c), any property, real or personal, which constitutes or is

derived from proceeds traceable to the offenses, and any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of the offenses, including but not limited to:

    a.    125 rounds of 9 millimeter caliber,

    b.    145 rounds of 5.56 caliber

    c.    two (2) .50 caliber rounds,

    d.    ten (10) 20-gauge shotgun shells,

    e.    214 rounds of .45 caliber, and

    f.    two (2) rifle lower receivers.

If any of the property described above, as a result of any act or omission of the defendant:

    a. cannot be located upon the exercise of due diligence;

    b. has been transferred or sold to, or deposited with, a third party;

    c. has been placed beyond the jurisdiction of the Court;

    d. has been substantially diminished in value; or

    e. has been commingled with other property which cannot be divided without difficulty,

3

the United States of America shall be entitled to forfeiture of substitute property pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 28, United States Code, Section 2461(c).

All pursuant to Title 18, United States Code, Section 924(d), and Title 28, United States Code, Section 2461(c).

A TRUE BILL

JOHN C. GURGANUS
United States Attorney

GEORGE J. ROCKTASHEL
Assistant United States Attorney

████████████████████
FOREPERSON

2/10/ 2022
Date

4